UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FELIBI SIAGHA-COKE,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26cv1241 DRL-SJF

ORDER

Felibi Siagha-Coke, a litigant without counsel, filed a habeas petition challenging the legality of his immigration-related detention and seeking release from custody. However, he already has another habeas case pending, filed by counsel under the name Phillip Michael Thomas James, in which he challenges the legality of his detention. *See James v. Warden*, No. 3:26cv1225 DRL-SJF (N.D. Ind. filed Aug. 19, 2026). The court recently ordered briefing on his petition in the counseled case, and his claims remain unresolved. Therefore, this case will be dismissed as duplicative. *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (court has discretion to dismiss federal case when it duplicates claims in another pending case).

For these reasons, the court DISMISSES this action as duplicative and DIRECTS the clerk to close the case.

SO ORDERED.

September 17, 2026

*s/ Damon R. Leichty*
Judge, United States District Court